UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY CASERTA, | : CIVIL ACTION NO. 3:CV-16-0242 |
| Plaintiff | : (Judge Nealon) |
| v. | : |
| Supt. DELBALSO, et al., | : |
| Defendants | : |

## ORDER

**AND NOW, THIS 18th DAY OF FEBRUARY, 2016**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed in forma pauperis (Doc. 2), is **GRANTED** only for the purpose of filing the complaint.

2. Plaintiff's complaint is **DISMISSED** without prejudice.

3. Plaintiff's motion to appoint counsel (Doc. 4) is **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

/s/ William J. Nealon
**United States District Judge**